IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02294-MSK-BNB

CONSOLIDATED CONTAINER COMPANY, LP, a Delaware Limited Partnership,

Plaintiff,

v.

FIE INVESTMENTS, INC., a Colorado corporation, d/b/a DEEP ROCK WATER COMPANY,

Defendant.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 8th day of November, 2007.

BY THE COURT:

*Marcia S. Krieger*
Marcia S. Krieger
United States District Judge