IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

---

Civil Action No. 07-cv-02294-EWN-BNB       Date: March 25, 2008
Deputy Clerk: Geneva D. Mattei             FTR BNB COURTROOM A-401

---

CONSOLIDATED CONTAINER COMPANY, LP,        C. Michael Montgomery
a Delaware Limited Partnership

                    Plaintiff,

v.

DEEP ROCK WATER CO.,                       Andrea Wang
a Colorado General Partnership             Janette Ferguson

                    Defendant.

---

## COURTROOM MINUTES

---

**PRELIMINARY PRETRIAL AND MOTIONS CONFERENCE**

Court in Session:       8:31 a.m.

Appearance of counsel.

Court's initial comments.

Argument presented.

**ORDERED:  Partially stipulated motion for protective order by plaintiff filed 2/22/08; Doc.
             22 is granted as stated on the record.**

The proposed Preliminary Pretrial Order was reviewed.

**ORDERED:  Preliminary Pretrial Order was approved and filed with the corrections made
             of record**.

Court in Recess:       8:57 a.m.        Hearing concluded.

Total time in Court:   00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.