IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02294-EWN-BNB

CONSOLIDATED CONTAINER COMPANY, LP, a Delaware Limited Partnership,

Plaintiff,

v.

DEEP ROCK WATER CO., a Colorado General Partnership,

Defendant.
_____

### ORDER
_____

This matter is before me on the **Unopposed Motion to Amend Scheduling Order to Provide for an Extension of the Discovery and Dispositive Motion Deadlines to July 31, 2008 and August 11, 2008 Respectively** [Doc. # 37, filed 5/19/2008] (the "Motion").

Good cause having been shown, and with the consent of the district judge:

IT IS ORDERED that the Motion is GRANTED, and the case schedule is modified to the following extent:

> **Discovery Cut-Off:**          July 31, 2008
>
> (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
> **Dispositive Motions Deadline:**          August 11, 2008

Dated May 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge