IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 07-cv-02294-EWN-BNB

CONSOLIDATED CONTAINER COMPANY LP, a Delaware Limited Partnership,

Plaintiff,

vs.

DEEP ROCK WATER CO., a Colorado General Partnership,

Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

THIS MATTER, having come before the Court on the Stipulated Motion to Dismiss with Prejudice, and the Court being fully advised:

HEREBY ORDERS that the above-captioned action is hereby dismissed with prejudice, each party to bear its own costs and expenses.

DONE AND SIGNED this 22nd day of July, 2008.

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge

1